UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:22-CR- |
| | : | |
| v. | : | |
| | : | (Judge            ) |
| JASON T. CAWLEY, | : | |
| | : | |
| Defendant. | : | Electronically Filed |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times material to the Information:

1.   The defendant, JASON T. CAWLEY was the owner, operator and sole shareholder of J Cawley Moving ("JCM"), an S-corporation located in Wilkes-Barre, Pennsylvania, within the Middle District of Pennsylvania.

2.   During the calendar years 2015 through 2019, JCM was required to withhold federal taxes from employees' pay, including income taxes and Federal Insurance Contribution Act taxes (collectively, "federal payroll taxes"). JCM was also required to transmit federal payroll taxes to the Internal Revenue Service ("IRS")

on a periodic basis.

3. During that same period, as the owner, operator, and sole shareholders of JCM, JASON T. CAWLEY was responsible for collecting, accounting for, and paying over federal payroll taxes to the IRS.

## COUNT ONE
### Failure to Pay Over Tax
### 26 U.S.C. § 7202

On or about July 31, 2016, within the Middle District of Pennsylvania, the defendant,

JASON T. CAWLEY,

being a person required under Title 26 of the United States Code to collect, account for and pay over federal payroll taxes which were due and owing to the United States of America, did willfully fail to collect and truthfully account for and pay over to the IRS federal payroll taxes for the second quarter of 2016, in the total amount of $34,530.92.

In violation of Title 26, United States Code, Section 7202.

JOHN C. GURGANUS
United States Attorney

_____   _____5-4-22_____
JEFFERY ST JOHN              Date
Assistant United States Attorney